Submitted on record and briefs October 10, reversed and remanded for a new trial November 12, 1986

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL LOU EVONIUK,
*Appellant.*

(266313; CA A40313)

727 P2d 979

Roger K. Evans, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Linda DeVries Grimms, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a conviction for driving while his operator's license was suspended. The court ruled that he could not rely on a defense of lack of notice of the suspension under ORS 811.180. The state concedes that the court erred. We agree.

Reversed and remanded for a new trial.